Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jemal's Lazriv Water, LLC    v. United States

No. 14-5038

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Jemal's Lazriv Water, LLC
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Lynn E. Calkins |
| Law firm: | Holland & Knight LLP |
| Address: | 800 17th Street, NW, Suite 1100 |
| City, State and ZIP: | Washington, DC 20006 |
| Telephone: | (202) 955-3000 |
| Fax #: | (202) 955-5564 |
| E-mail address: | lynn.calkins@hklaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/5/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/17/2014
Date

Signature of pro se or counsel

cc: Martin M. Tomlinson, Esq.

123

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2014, the foregoing document was served by U.S. mail on the following:

Martin M. Tomlinson
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

          /s/ Lynn E. Calkins
          Lynn E Calkins